IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA NEUROSCIENCE, INC., and YEDA RESEARCH AND DEVELOPMENT CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> DOCTOR REDDY'S LABORATORIES, LTD., DOCTOR REDDY'S LABORATORIES, INC., SANDOZ, INC., MOMENTA PHARMACEUTICALS, INC., MYLAN PHARMACEUTICALS INC., MYLAN INC., SYNTHON PHARMACEUTICALS INC., SYNTHON B.V., SYNTHON S.R.O., PFIZER INC., AMNEAL PHARMACEUTICALS LLC, AMNEAL GMBH, BIOCON LTD. and APOTEX CORP., <br><br> Defendants. | C.A. No. 16-1267-GMS |

**PLAINTIFFS' MOTION TO DISMISS**
**OR IN THE ALTERNATIVE TRANSFER OR STAY COUNTERCLAIMS**

Plaintiffs Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd., Teva Neuroscience, Inc., and Yeda Research and Development Co., Ltd. (collectively, "Teva" or "Plaintiffs") respectfully move the Court to dismiss or in the alternative transfer or stay Defendants' Counterclaims regarding the '775 Patent. The grounds for this motion are fully set forth in Plaintiffs' opening brief in support of this motion, filed concurrently herewith.

|  |  |
|---|---|
| OF COUNSEL:<br>David M. Hashmall<br>Elizabeth J. Holland<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 813-8800<br><br>Paul F. Ware<br>Daryl L. Wiesen<br>John T. Bennett<br>Nicholas K. Mitrokostas<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>(617) 570-1000<br><br>William G. James<br>GOODWIN PROCTER LLP<br>901 New York Ave. NW<br>Washington, DC 20001<br>(202) 346-4000<br><br>Dated:  March 9, 2017 | */s/ Karen E. Keller*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>*Attorneys for Plaintiffs Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd., and Teva Neuroscience, Inc. and Yeda Research and Development Co., Ltd.* |