IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA NEUROSCIENCE, INC., and YEDA RESEARCH AND DEVELOPMENT CO., LTD., <br><br>    Plaintiffs, <br><br> v. <br><br> DOCTOR REDDY'S LABORATORIES, LTD., DOCTOR REDDY'S LABORATORIES, INC., SANDOZ, INC., MOMENTA PHARMACEUTICALS, INC., MYLAN PHARMACEUTICALS INC., MYLAN INC., SYNTHON PHARMACEUTICALS INC., SYNTHON B.V., SYNTHON S.R.O., PFIZER INC., AMNEAL PHARMACEUTICALS LLC, AMNEAL GMBH, BIOCON LTD. and APOTEX CORP., <br><br>    Defendants. | C.A. No. 16-1267-GMS |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**
**OR IN THE ALTERNATIVE TRANSFER OR STAY PROCEEDINGS**

At Wilmington this ___ day of _____, 2017, having considered Plaintiffs Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd., Teva Neuroscience, Inc., and Yeda Research and Development Co., Ltd.'s Motion to Dismiss or in the Alternative Transfer or Stay Counterclaims, along with all papers and argument submitted in support of the motion and in opposition thereto, it is ORDERED that the motion to dismiss is GRANTED.

_____
United States District Judge