IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA NEUROSCIENCE, INC., and YEDA RESEARCH AND DEVELOPMENT CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> DOCTOR REDDY'S LABORATORIES, LTD., DOCTOR REDDY'S LABORATORIES, INC., SANDOZ, INC., MOMENTA PHARMACEUTICALS, INC., MYLAN PHARMACEUTICALS INC., MYLAN INC., SYNTHON PHARMACEUTICALS INC., SYNTHON B.V., SYNTHON S.R.O., PFIZER INC., AMNEAL PHARMACEUTICALS LLC, AMNEAL GMBH, BIOCON LTD. and APOTEX CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 16-1267-GMS |

**RULE 7.1.1 STATEMENT**

Pursuant to District of Delaware Local Rule 7.1.1, Plaintiffs Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd., Teva Neuroscience, Inc., and Yeda Research and Development Co., Ltd. (collectively, "Teva") hereby certify that a reasonable effort has been made to reach agreement with the Defendants on the matter set forth in Plaintiffs' Motion to Dismiss or in the Alternative Transfer or Stay Counterclaims. The parties were unable to reach agreement.

|  |  |
|---|---|
| OF COUNSEL:<br>David M. Hashmall<br>Elizabeth J. Holland<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 813-8800<br><br>Paul F. Ware<br>Daryl L. Wiesen<br>John T. Bennett<br>Nicholas K. Mitrokostas<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>(617) 570-1000<br><br>William G. James<br>GOODWIN PROCTER LLP<br>901 New York Ave. NW<br>Washington, DC 20001<br>(202) 346-4000<br><br>Dated:  March 9, 2017 | */s/ Karen E. Keller*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br>*Attorneys for Plaintiffs Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd., and Teva Neuroscience, Inc. and Yeda Research and Development Co., Ltd.* |