IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: COPAXONE 775 PATENT LITIGATION | C.A. No. 16-1267-CFC (CONSOLIDATED) |

## STIPULATION OF DISMISSAL OF CLAIMS, COUNTERCLAIMS, AND AFFIRMATIVE DEFENSES

Plaintiffs Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Teva Neuroscience, Inc., and their affiliates, heirs, successors, and assigns (collectively, "Teva") and Defendants Sandoz, Inc. ("Sandoz") and Momenta Pharmaceuticals, Inc. ("Momenta") and their affiliates, heirs, successors, and assigns (collectively, "Sandoz Defendants") (collectively with Teva, the "Parties") have entered into an agreement with terms and conditions representing a dismissal of the Parties' claims and counterclaims against each other in this action.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate and agree that all claims, counterclaims and affirmative defenses asserted by the Parties against one another in the above-captioned action (the "Action") concerning United States Patent Nos. 9,155,775 and 9,763,993 are hereby dismissed with prejudice, with each party bearing its own costs and fees.

The Court shall retain jurisdiction to enforce the terms and conditions of this dismissal and the agreement and any disputes that may arise thereunder.

| | |
|---|---|
| /s/ Nathan R. Hoeschen | /s/ Dominick T. Gattuso |
| John W. Shaw (No. 3362) | Dominick T. Gattuso (No. 3630) |
| Karen E. Keller (No. 4489) | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| Nathan Hoeschen (No. 6232) | 300 Delaware Ave., Suite 200 |
| SHAW KELLER LLP | Wilmington, DE 19801 |
| I.M. Pei Building | (308) 472-7300 |
| 1105 N. Market Street, 12th Floor | DGattuso@hegh.law |
| Wilmington, DE 19801 | |
| (302) 298-0700 | William A. Rakoczy |
| jshaw@shawkeller.com | Deanne M. Mazzochi |
| kkeller@shawkeller.com | Rachel Pernic Waldron |
| nhoeschen@shawkeller.com | Heinz J. Salmen |
| | Lauren M. Lesko |
| OF COUNSEL: | Christopher P. Galligan |
| David M. Hashmall | RAKOCZY MOLINO MAZZOCHI SIWIK LLP |
| Elizabeth J. Holland | 6 West Hubbard Street, Suite 500 |
| Daniel Margolis | Chicago, IL 60654 |
| GOODWIN PROCTER LLP | (312) 222-6301 |
| The New York Times Building | wrakoczy@rmmslegal.com |
| 620 Eighth Avenue | dmazzochi@rmmslegal.com |
| New York, NY 10018 | rwaldron@rmmslegal.com |
| (212) 813-8800 | hsalmen@rmmslegal.com |
| | llesko@rmmslegal.com |
| Daryl L. Wiesen | cgalligan@rmmslegal.com |
| Nicholas K. Mitrokostas | |
| Brian T. Drummond | *Attorneys for Defendants Sandoz Inc. and* |
| Joshua S. Weinger | *Momenta Pharmaceuticals, Inc.* |
| GOODWIN PROCTER LLP | |
| 100 Northern Avenue | |
| Boston, MA 02210 | |
| (617) 570-1000 | |

*Attorneys for Plaintiffs Teva Pharmaceuticals
USA, Inc., Teva Pharmaceutical Industries, Ltd.,
and Teva Neuroscience, Inc.*

Dated: March 28, 2019

SO ORDERED this 29th day of March, 2019.

_____
United States District Judge